IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEFFERY WAYNE SHAW                                                                                     PLAINTIFF

v.                                           Case No. 6:22-cv-6044

DEPUTY LOFTEN, #544 Garland County
Detention Center                                                                                      DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 56. Judge Ford recommends that Defendant's Motion for Summary Judgment (ECF No. 42) be granted, and that Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice.

Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 56) *in toto*. Defendant's Motion for Summary Judgment (ECF No. 42) is hereby **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge